ITT Educational Services, Inc. *et al.*, Case No. 16-07207-JMC
Preference Period: June 16, 2016 - September 16, 2016

### Transfers During Preference Period

| Vendor Name | Check/EFT Number | Payment Type | Clear Date | Check/EFT Amount |
|---|---|---|---|---|
| FACEBOOK INC | 1386999 | Check | 6/24/2016 | $ 256,507.22 |
| FACEBOOK INC | 1392056 | Check | 8/3/2016 | $ 266,561.02 |
| FACEBOOK INC | 1399455 | Check | 8/25/2016 | $ 292,099.28 |
| **FACEBOOK INC Total** | | | | **$ 815,167.52** |

Exhibit 1
Page 1 of 1